UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADEMAR ROJAS ORELLANA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C16-5563 BHS<br>CR13-5401BHS<br><br>ORDER REQUIRING ANSWER |

This matter comes before the Court on the Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255(a).

It is hereby ORDERED THAT:

1. The United States shall file and serve an answer in accordance with Rule 5 of the Rules Governing § 2255 Cases in the United States District Courts not later than August 8, 2016. As part of such answer, The United States should state its position as to whether an evidentiary hearing is necessary and whether there is any issue as to abuse or delay under Rule 9.

ORDER - 1

2. Any reply by Petitioner shall be filed and served on or before August 22, 2016, and the Clerk shall note the 2255 motion on the Court's calendar for August 22, 2016.

Dated this 6th day of July, 2016.

_____
BENJAMIN H. SETTLE
United States District Judge